

# NUMBER 13-23-00029-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**LAREDO TRANSIT MANAGEMENT, INC.**
**AND JOSE ALFREDO CISNEROS,** **Appellants,**

**v.**

**DELILAH DEMI FERNANDEZ,** **Appellee.**

---

**On appeal from the 341st District Court
of Webb County, Texas.**

---

# MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Tijerina
### Memorandum Opinion by Justice Tijerina

This matter is before the Court on an unopposed motion to dismiss due to settlement and the parties have agreed to bear their own costs of appeal.[1]

---

[1] This case is before the Court on transfer from the Fourth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

The Court, having considered the unopposed motion, is of the opinion that the motion should be granted. *See* Tex. R. App. P. 42.1(a)(2). Therefore, the unopposed motion to dismiss is granted, and the appeal is hereby dismissed. In accordance with the agreement of the parties, costs will be taxed against the party incurring the same. *See* Tex. R. App. P. 42.1(d). Because the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained.

JAIME TIJERINA
Justice

Delivered and filed on the
9th day of March, 2023.